UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:                                                 BCN#: 18-32584-KRH
Melvin LaJuan Rich and Shenita Fauntleroy Rich      Chapter: 13
a/k/a Shenita E Fauntleroy
Debtors

## NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for OneMain Financial Services, Inc. and requests that she be placed upon the mailing list of those creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,
Shapiro & Brown, LLP

By: /s/ Malcolm B. Savage, III
Gregory N. Britto, Esquire VSB #23476
William M. Savage, Esquire VSB #26155
Malcolm B. Savage, III, Esquire VSB #91050
Thomas J. Gartner, Esquire VSB #79340
Mary F. Balthasar Lake, Esquire VSB #34899
Leonard C. Tengco, Esquire VSB #76395
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800

## CERTIFICATE

I certify that a copy of the foregoing was electronically transmitted and/or mailed, by first class mail, this 23rd day of May, 2018, to the following:

Julia Bonham Adair
Hathaway Adair, P.C.
710 N. Hamilton Street Suite 200
Richmond, VA 23221

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218

/s/ Malcolm B. Savage, III
Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Leonard C. Tengco, Esquire
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800  18-275016